UNITED STATES BANKRUPTCY APPELLATE PANEL

OF THE NINTH CIRCUIT

FILED

JUL 14 2026

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

In re: TOWN & COUNTRY EVENT CENTER LLC

Debtor

------------------------------

PRIME PARTY RENTALS, LLC; LEWIS PHON

Appellants

v.

TOWN & COUNTRY EVENT CENTER LLC; UST- UNITED STATES TRUSTEE, SACRAMENTO; ANTHONY ASEBEDO; GABRIEL P HERRERA; JONATHAN MADISON; JENNIFER TULLIUS; REILLY DENNIS WILKINSON

Appellees

BAP No. EC-26-1121

Bankr. No. 25-24205
Chapter 11

July 14, 2026

---

**CONDITIONAL ORDER OF DISMISSAL**

The parties were notified that the briefing schedule was set in this appeal. The Appellant's opening brief and excerpts of the record have not been received. The appellant's opening brief due date was July 13, 2026.

Therefore, it appears that the Appellant is not diligently prosecuting this appeal. Sanctions, including dismissal, are appropriate. 9th Cir. BAP Rule 8018(a)-1(b)(3) and 8018(a)-2.

It is **ORDERED** that this appeal will be **DISMISSED as of JULY 28, 2026** unless, by that date, the Appellant files a brief and excerpts of the record or shows legal cause why this appeal should not be dismissed. Any response to this order is to be filed with the Panel Clerk and served upon opposing counsel.

If the Appellant has decided to dismiss this appeal, a motion or stipulation to dismiss should be filed. See FRBP 8023.

Susan M Spraul, BAP Clerk

**By:** Cecil Lizandro Silva, Deputy Clerk
**Filed and entered:** July 14, 2026

**cc:** All Parties